# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| STEINER LEISURE LIMITED | ) |
| | ) CIVIL ACTION |
| Petitioner, | ) NO. 3:13cv01379 (MPS) |
| | ) |
| v. | ) |
| | ) |
| DOREEN SAVARIA and CRYSTAL RAIA, | ) |
| INDIVIDUALLY AND ON BEHALF OF | ) |
| ALL OTHER SIMILARLY SITUATED | ) |
| EMPLOYEES OF ELEMIS SPA | ) |
| | ) |
| Respondents. | ) NOVEMBER 22, 2013 |

## MOTION TO VACATE ARBITRATOR'S PARTIAL FINAL CLAUSE CONSTRUCTION AWARD

Petitioner Steiner Leisure Limited ("Steiner"), pursuant to the Federal Arbitration Act ("FAA"), 9 U.S.C. § 12, moves this Court to vacate the Partial Final Clause Construction Award dated October 30, 2013 by arbitrator Edith Dinneen in favor of Respondents Doreen Savaria and Crystal Raia ("Claimants"), in the matter of Doreen Savaria and Crystal Raia, individually and on behalf of similarly situated employees of Elemis Spa, Claimants v. Steiner Leisure Limited, Respondent ("Partial Final Award"), which determined that (1) the arbitrator had the express authority to decide the gateway arbitrability of a class or collective action in arbitration, and that (2) the parties' Arbitration Agreement expressly authorized a class or collective action in arbitration rather than individual arbitrations. The basis for Steiner's Motion to Vacate is that the Partial Final Award should be vacated because the arbitrator's Partial Final Award exceeded her authority; was in manifest disregard of the law; and constituted arbitrator misconduct under the FAA.

**ORAL ARGUMENT REQUESTED**

This Motion to Vacate is based upon this Motion, the Declaration of Bruce Pine, Senior Vice President, Mandara Spa LLC, Steiner Resort Division and all attached exhibits; the Declaration of Anthony J. Rao, Partner, Duane Morris LLP, Counsel for Steiner Leisure Limited and all attached exhibits; the Memorandum of Law In Support of Motion to Vacate Arbitrator's Partial Final Clause Construction Award, the Proposed Order, oral argument of counsel, and any other documents, files, pleadings, or matters in the Court's possession or of which the Court may take judicial notice.

Respectfully Submitted,

By:  /s/ Anthony J. Rao
Anthony J. Rao
*Pro Hac Vice*
(N.Y. Bar No. 4443370)
Michael Tiliakos
*Pro Hac Vice*
(N.Y. Bar No. MT1678)
DUANE MORRIS LLP
1540 Broadway
New York, NY 10036
Telephone: (212) 692-1000
Facsimile: (212) 692-1020
Attorneys for Petitioner
Steiner Leisure Limited

Dated: November 22, 2013

By:     /s/ Joshua A. Hawks-Ladds
Joshua A. Hawks-Lards (ct09446)
Benjamin B. Manchak (ct28929)
PULLMAN & COMLEY, LLC
90 State House Square
Hartford, CT  06103-3702
Telephone:  (860) 424-4300
Facsimile:  (860) 424-4370
Email:  jhawks-ladds@pullcom.com
        bmanchak@pullcom.com
Attorneys for Petitioner
Steiner Leisure Limited

DM2\4596042.1

**<u>CERTIFICATION</u>**

I hereby certify that on this 22nd day of November, 2013, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail on anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

*/s/ Joshua A. Hawks-Ladds*
Joshua A. Hawks-Ladd (ct09446)

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| STEINER LEISURE LIMITED ) | CIVIL ACTION |
| ) | NO. 3:13cv01379 (MPS) |
| Petitioner, ) | |
| ) | |
| v. ) | |
| ) | |
| DOREEN SAVARIA and CRYSTAL RAIA, ) | |
| INDIVIDUALLY AND ON BEHALF OF ) | |
| ALL OTHER SIMILARLY SITUATED ) | |
| EMPLOYEES OF ELEMIS SPA ) | |
| ) | |
| Respondents. ) | NOVEMBER 22, 2013 |

## <u>PROPOSED ORDER</u>

Upon consideration of Steiner Leisure Limited's Motion to Vacate Arbitrator's Partial Final Clause Construction Award ("Motion to Vacate"), and other papers and proceedings herein, it is hereby ORDERED that:

(1) the Motion to Vacate is GRANTED;

(2) the Partial Final Clause Construction Award dated October 30, 2013 by arbitrator Edith Dinneen in favor of Claimants Doreen Savaria and Crystal Raia, in the matter of Doreen Savaria and Crystal Raia, individually and on behalf of similarly situated employees of Elemis Spa, Claimants v. Steiner Leisure Limited, Respondent, is VACATED;

(3) the Court, not an arbitrator, determines gateway arbitrability of class or collection actions in arbitration;

(4) the parties' Arbitration Agreement does not authorize class or collective actions in arbitration, but rather all Claimants must individually arbitrate their claims; and

DM2\4596042.1

(5) the case is returned to Arbitrator Edith Dinneen to resume arbitration proceedings for each Claimant on an individual basis only, not on a class or collective basis.

_____

J.

Dated: _____, 2013