IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

DOREEN SAVARIA and CRYSTAL RAIA,    )
individually and on behalf of other similarly   )  Case No.:
situated employees of Elemis Spa,          )
                                   )
      Claimant,               )
                                   )
v.                                     )
                                   )
STEINER LEISURE LIMITED,         )
                                   )
      Respondent.           )

## DECLARATION OF BRUCE PINE IN SUPPORT OF STEINER LEISURE LIMITED'S APPLICATION FOR DECLARATORY AND INJUNCTIVE RELIEF

Declarant hereby declares under penalty of perjury as follows:

1.    I am an adult over the age of eighteen.  I make the following declaration of my own knowledge and free will.  I have actual knowledge of the matters set forth herein, except those stated on information and belief and as to those matters, I believe them to be true.  If called as a witness, I could and would competently testify as to the following matters as set forth in detail below.

2.    I am a Senior Vice President, Mandara Spa LLC, Steiner Resort Division ("Steiner").

3.    Steiner is a leading global provider of spa services medi-spa services, a manufacturer and distributor of premium skin, body and hair care products with several brands such as Elemis Spa.  Steiner is a public company traded on the Nasdaq.  Steiner's maritime and resort spa divisions operate in over 200 venues on land and at sea, and its product brands are

distributed via retail outlets all over the world.   Steiner Education Group operates at schools in 9 states.

4.       Named Claimants Doreen Savaria ("Savaria") (a.k.a. Doreen Bycki) and Crystal Raia ("Raia") are former employees of Steiner that worked at the Elemis Spa located at the Mohegan Sun casino in Uncasville, Connecticut.

5.       Catherine Sullivan, Nicole Briere, Ashley Serio, Nicholle Beaumont and Caroline Griffin ("Former Employees"), are also all former Steiner employees that worked at the Elemis Spa located at the Mohegan Sun casino in Uncasville, Connecticut.

6.       Savaria was an esthetician and Raia was a massage therapist.

7.       For all times relevant to this action, Steiner had an Arbitration Agreement in force.   Attached hereto as **Exhibit A** is a true and correct copy of the Steiner Arbitration Agreement.   A copy of this Arbitration Agreement was attached to the individual arbitration demands of Savaria, Raia, and the Former Employees.

8.       All seven Steiner's Arbitration Agreements attached to the arbitration demands provide in full:

**Employment Arbitration Policy**

**Purpose**

Any actionable employment disputes will be resolved by arbitration conducted under the auspices of the American Arbitration Association ("AAA"). The term "arbitration" means that all parties agree that a neutral third party will have complete and binding authority to decide a dispute instead of a court of law. Private arbitration is generally quicker and less costly for all parties than litigation. For these reasons, the Company has adopted the Employment Arbitration Policy.

This policy does not constitute a guarantee that the employee's employment will continue for any specified period of time nor end only under certain conditions. Employment at the Company is a voluntary relationship for no definite period of

- 2 -

time, and nothing in this policy or any other Company document constitutes an express or implied contract of employment.

The employee should further understand that arbitration shall be the exclusive method of resolving any and all disputes, and the employee waives their right to have such disputes resolved through a trial by jury.

### Scope

The policy makes arbitration the required and exclusive forum for the resolution of all actionable disputes relating to or arising out of employment or the termination of employment (and which are not resolved by the internal anti-harassment procedure), including, but not limited, to claims, demands or actions under Title VII of the Civil Rights Act of 1964, the Civil Rights Act of 1866, the Age Discrimination in Employment Act, the Rehabilitation Act of 1973, the Americans with Disabilities Act, the Employee Retirement Income Security Act of 1974 and all amendments thereto, the Fair Labor Standards Act, and any other federal, state or local statute, regulation or common law doctrine, regarding employment discrimination, conditions of employment compensation, benefits, or termination of employment. The policy does not require that the Company follow the steps of the dispute resolution procedure before taking disciplinary action of any kind, including termination.

### Arbitration Rules & Procedures

Any claim arising out of or relating to the employee's employment or separation therefrom shall be settled by arbitration. Arbitration under the policy shall be administered by the American Arbitration Association ("AAA") under its arbitration rules and judgment on the award rendered by the arbitrator and may be entered in any court having jurisdiction.

### Initiation of Arbitration Proceeding

Arbitration may be initiated by a written demand submitted to the American Arbitration Association, 799 Brickell Plaza, Suite 600, Miami, Florida 33131. The demand shall set forth the claim, including the alleged act or omission at issue, and the name(s) of all persons involved in the act or omission. The Company will pay the initial filing fee in connection with such arbitration, and thereafter, each side shall pay its own legal fees and expenses, except as required by law or by the rules of the AAA.

### Representation

Any party may be represented by an attorney or by him/herself.

### Proceedings

285086.1

The hearings shall be conducted in the city where the employee was last employed with the Company before a neutral arbitrator chosen from the AAA's panel of arbitrators.

**Time of Award**

The arbitrator shall be requested to render and communicate the award within thirty (30) days of the hearing or as soon as possible thereafter.

**Scope of Relief**

The arbitrator shall be governed by all applicable federal and state laws as well as the Employment Rules of AAA. The arbitrator shall be bound by all applicable statutes of limitation and/or repose. The arbitrator shall have the power to award all relief available under federal, state, and common law.

9.     Savaria, Raia, and the Former Employees also signed individual Employee Dispute Resolution Policy Agreements which contains the same Steiner Arbitration Agreement. Attached hereto as **Exhibit B** are true and correct copies of their executed Employee Dispute Resolution Policy Agreements.

10.     Steiner's Arbitration Agreement was intended to arbitrate individual claims, not class or collective action claims, and the Arbitration Agreement does not provide the arbitrator with the ability to decide arbitrability of class or collective action claims in arbitration (Steiner has never even contemplated that the arbitrator could have this power).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that this declaration was executed this 09th day of September 2013, at Coral Gables, Florida.

Bruce Pine

- 4 -

285086.1

EXHIBIT A

# Employment Arbitration Policy

## Purpose

Any actionable employment disputes will be resolved by arbitration conducted under the auspices of the American Arbitration Association ("AAA").  The term "arbitration" means that all parties agree that a neutral third party will have complete and binding authority to decide a dispute instead of a court of law.   Private arbitration is generally quicker and less costly for all parties than litigation.  For these reasons, the Company has adopted the Employment Arbitration Policy.

This policy does not constitute a guarantee that the employee's employment will continue for any specified period of time nor end only under certain conditions.  Employment at the Company is a voluntary relationship for no definite period of time, and nothing in this policy or any other Company document constitutes an express or implied contract of employment.

The employee should further understand that arbitration shall be the exclusive method of resolving any and all disputes, and the employee waives their right to have such disputes resolved through a trial by jury.

## Scope

The policy makes arbitration the required and exclusive forum for the resolution of all actionable disputes relating to or arising out of employment or the termination of employment  (and which are not resolved by the internal anti-harassment procedure), including, but not limited, to claims, demands or actions under Title VII of the Civil Rights Act of 1964, the Civil Rights Act of 1866, the Age Discrimination in Employment Act, the Rehabilitation Act of 1973, the Americans with Disabilities Act, the Employee Retirement Income Security Act of 1974 and all amendments thereto, the Fair Labor Standards Act, and any other federal, state or local statute, regulation or common law doctrine, regarding employment discrimination, conditions of employment compensation, benefits, or termination of employment.  The policy does not require that the Company follow the steps of the dispute resolution procedure before taking disciplinary action of any kind, including termination.

## Arbitration Rules & Procedures

Any claim arising out of or relating to the employee's employment or separation there from shall be settled by arbitration.   Arbitration under the policy shall be administered by the American Arbitration Association ("AAA") under its arbitration rules and judgment on the award rendered by the arbitrator and may be entered in any court having jurisdiction.

### Initiation of Arbitration Proceeding

Arbitration may be initiated by a written demand submitted to the American Arbitration Association, 799 Brickell Plaza, Suite 600, Miami, Florida 33131. The demand shall set forth the claim, including the alleged act or omission at issue, and the name(s) of all persons involved in the act or omission. The Company will pay the initial filing fee in connection with such arbitration, and thereafter, each side shall pay its own legal fees and expenses, except as required by law or by the rules of the AAA.

### Representation

Any party may be represented by an attorney or by him/her self.

### Proceedings

The hearings shall be conducted in the city where the employee was last employed with the Company before a neutral arbitrator chosen from the AAA's panel of arbitrators.

### Time of Award

The arbitrator shall be requested to render and communicate the award within thirty (30) days of the hearing or as soon as possible thereafter.

### Scope of Relief

The arbitrator shall be governed by all applicable federal and state laws as well as the Employment Rules of AAA. The arbitrator shall be bound by all applicable statutes of limitation and/or repose. The arbitrator shall have the power to award all relief available under federal, state, and common law.

## Immigration Law Compliance

The Company is committed to employing only United States citizens and aliens who are authorized to work in the United States. The Company does not unlawfully discriminate on the basis of citizenship or national origin.

In compliance with the Immigration Reform and Control Act of 1996, each new employee, as a condition of employment, must complete the *Employment Eligibility Verification Form I-9* and present documentation establishing identity and employment eligibility. Employees who are re-hired must also complete the form if they have not completed an *I-9* with the Company within the past three (3) years, or if their previous *I-9* is no longer retained or valid.

Employees with questions or seeking more information in immigration law issues are encourag
to contact the Human Resources representative.  Employees may raise questions or complai
about immigration law compliance without fear of reprisal.

# Anti-Harassment

## Preface

Legal and moral precepts make harassment in the workplace (i.e., like harassment on the basis
color, race, religion, or national origin) completely improper. The Equal Employme
Opportunities Commission has a specific section on sexual harassment. The Company's policy I
long been zero tolerance of such discrimination, and this policy is written to affirm the Compan
position against illegal harassment, including sexual harassment.

## Policy

It has long been the Company's policy that all employees have the right to work in an environme
free from any type of unlawful discrimination, which includes an environment free from sexi
harassment.

Our policy on the subject is as follows:

1.  The Company shall not tolerate illegal harassment including sexual harassment of employe
    in any form. Any such conduct shall result in disciplinary action up to and includi
    dismissal.
2.  No supervisor shall threaten, suggest, or imply that an employee's refusal to submit to sexi
    advances will adversely affect the employee's employment, evaluation, wages, advanceme
    assigned duties, shifts, or any other condition of employment or career development. N
    shall any supervisor suggest or imply that an employee's acquiescence to sexual advanc
    may favorably affect the employee's condition of employment or career development.
3.  Other sexually harassing conduct in the workplace, whether committed by supervisory
    non supervisory personnel, is also prohibited. This includes, but is not limited to; offensi
    sexual flirtations, advances, propositions; verbal abuse of a sexual nature; graphic or verl
    commentaries about an individual's body; sexually degrading words used to describe
    individual; or any offensive display in the workplace of sexually suggestive objects
    pictures.
4.  Harassing conduct in the workplace conducted by a vendor, customer or client is al
    prohibited.

EXHIBIT B



## EMPLOYEE DISPUTE RESOLUTION POLICY

| | |
|---|---|
| **Policy:** | Employee Dispute Resolution |
| **Effective:** | 1.1.04 |
| **Revised:** | 1.1.04 |

# Dispute Resolution Procedure

The Company is committed to fair and equitable employment practices. Should a situation exist that requires resolution, you are required to follow the Dispute Resolution Procedure described below.

## Step 1

Employees are encouraged to discuss informally any concern they have with their immediate manager prior to initiating a formal review. If this discussion is not successful from the employee's point of view, or if the employee feels uncomfortable discussing the dispute with his/her immediate manager, the employee must submit the dispute, either verbally or in writing, to the Human Resources Department within thirty (30) days of the incident. The Human Resources Department will have twenty (20) working days to investigate the employee's claim and respond to the employee.

## Step 2

If the employee is not satisfied with the response in Step 1, he/she must submit a written appeal to the Company's designated legal counsel (in-house or outside), within ten (10) working days from receiving an answer in Step 1 with a copy to Human Resources. This is at the final level of appeal in the internal Dispute Resolution Procedure. The employee will receive a written response within twenty (20) working days.

## Step 3

If the dispute is still not resolved to the employee's satisfaction, the employee is entitled to request arbitration in accordance with our Employment Arbitration Policy. However, the employee shall not be entitled to proceed with arbitration until he/she has completed all steps of the Dispute Resolution Procedure.

# Employment Arbitration Policy

## Purpose

The Company believes that the resolution of employment disputes will be best accomplished by an internal dispute review and, where that fails, by arbitration conducted under the auspices of the American Arbitration Association ("AAA"). The term "arbitration" means that the parties agree that a neutral third party will have complete and binding authority to decide a dispute instead of a court of law. Private arbitration is generally quicker and less costly for all parties than litigation. For these reasons, the Company has adopted this Employment Arbitration Policy (the "Policy").

This Policy does not constitute a guarantee that your employment will continue for any specified period of time nor end only under certain conditions. Employment at the Company is a voluntary relationship for no definite period of time, and nothing in this Policy or any other Company document constitutes an express or implied contract of employment.

## Scope

The Policy makes arbitration the required and exclusive forum for the resolution of all disputes relating to or arising out of your employment or the termination of employment (and which are not resolved by the internal dispute resolution procedure), including but not limited to claims, demands or actions under Title VII of the Civil Rights Act of 1964, the Civil Rights Act of 1866, the Age Discrimination in Employment Act, the Rehabilitation Act of 1973, the Americans with Disabilities Act, the Employee Retirement Income Security Act of 1974 and all amendments thereto, the Fair Labor Standards Act, and any other federal, state or local statute, regulation or common law doctrine, regarding employment discrimination, conditions of employment compensation, benefits or termination of employment. The Policy does not require that the Company follow the steps of the dispute resolution procedure before taking disciplinary action of any kind, including termination. However, if an employee disagrees with any such disciplinary action, he/she may initiate proceedings in accordance with the Policy.

## Arbitration Rules & Procedures

Any controversy or claim arising out of or relating to your employment or separation there from shall be settled by Arbitration. Arbitration under the Policy shall be administered by the American Arbitration Association ("AAA") under its arbitration rules, and judgment on the award rendered by the arbitrator may be entered in any court having jurisdiction.

## Initiation of Arbitration Proceeding

Arbitration may be initiated by a written demand for arbitration submitted to the American Arbitration Association, 799 Brickell Plaza, Suite 600, Miami, Florida 33131. The demand shall set forth the claim, including the alleged act or omission at issue and the name(s) of all persons involved in the act or omission. Each side shall pay its own legal fees and expenses, except as required by law or by the rules of the AAA.

### Representation

Any party may be represented by an attorney or by him/herself.

### Proceedings

The hearings shall be conducted in the city where the employee was last employed with the Company before a single neutral arbitrator chosen from the AAA's panel of arbitrators.

## Time of Award

The arbitrator shall be requested to render and communicate the award within thirty (30) days of the hearing or as soon as possible thereafter.

## Scope of Relief

The arbitrator shall be governed by all applicable federal and state laws as well as the Employment Rules of AAA. The arbitrator shall be bound by all applicable statutes of limitation and/or repose. The arbitrator shall have the power to award all relief available under federal, state, and common law.

_Catherine S Sullivan_     _12/10/03_
Employee Signature        Date

_Catherine A Sullivan_
Print Name              Social Security #

**Elemis**
s p a

## EMPLOYEE DISPUTE RESOLUTION POLICY

| | |
|---|---|
| **Policy:** | Employee Dispute Resolution |
| **Effective:** | 1.1.04 |
| **Revised:** | 1.1.04 |

# Dispute Resolution Procedure

The Company is committed to fair and equitable employment practices. Should a situation exist that requires resolution, you are required to follow the Dispute Resolution Procedure described below.

## Step 1

Employees are encouraged to discuss informally any concern they have with their immediate manager prior to initiating a formal review. If this discussion is not successful from the employee's point of view, or if the employee feels uncomfortable discussing the dispute with his/her immediate manager, the employee must submit the dispute, either verbally or in writing, to the Human Resources Department within thirty (30) days of the incident. The Human Resources Department will have twenty (20) working days to investigate the employee's claim and respond to the employee.

## Step 2

If the employee is not satisfied with the response in Step 1, he/she must submit a written appeal to the Company's designated legal counsel (in-house or outside), within ten (10) working days from receiving an answer in Step 1 with a copy to Human Resources. This is at the final level of appeal in the internal Dispute Resolution Procedure. The employee will receive a written response within twenty (20) working days.

## Step 3

If the dispute is still not resolved to the employee's satisfaction, the employee is entitled to request arbitration in accordance with our Employment Arbitration Policy. However, the employee shall not be entitled to proceed with arbitration until he/she has completed all steps of the Dispute Resolution Procedure.

# Employment Arbitration Policy

## Purpose

The Company believes that the resolution of employment disputes will be best accomplished by an internal dispute review and, where that fails, by arbitration conducted under the auspices of the American Arbitration Association ("AAA"). The term "arbitration" means that the parties agree that a neutral third party will have complete and binding authority to decide a dispute instead of a court of law. Private arbitration is generally quicker and less costly for all parties than litigation. For these reasons, the Company has adopted this Employment Arbitration Policy (the "Policy").

This Policy does not constitute a guarantee that your employment will continue for any specified period of time nor end only under certain conditions. Employment at the Company is a voluntary relationship for no definite period of time, and nothing in this Policy or any other Company document constitutes an express or implied contract of employment.

## Scope

The Policy makes arbitration the required and exclusive forum for the resolution of all disputes relating to or arising out of your employment or the termination of employment (and which are not resolved by the internal dispute resolution procedure), including but not limited to claims, demands or actions under Title VII of the Civil Rights Act of 1964, the Civil Rights Act of 1866, the Age Discrimination in Employment Act, the Rehabilitation Act of 1973, the Americans with Disabilities Act, the Employee Retirement Income Security Act of 1974 and all amendments thereto, the Fair Labor Standards Act, and any other federal, state or local statute, regulation or common law doctrine, regarding employment discrimination, conditions of employment, compensation, benefits or termination of employment. The Policy does not require that the Company follow the steps of the dispute resolution procedure before taking disciplinary action of any kind, including termination. However, if an employee disagrees with any such disciplinary action, he/she may initiate proceedings in accordance with the Policy.

## Arbitration Rules & Procedures

Any controversy or claim arising out of or relating to your employment or separation there from shall be settled by Arbitration. Arbitration under the Policy shall be administered by the American Arbitration Association ("AAA") under its arbitration rules, and judgment on the award rendered by the arbitrator may be entered in any court having jurisdiction.

## Initiation of Arbitration Proceeding

Arbitration may be initiated by a written demand for arbitration submitted to the American Arbitration Association, 799 Brickell Plaza, Suite 600, Miami, Florida 33131. The demand shall set forth the claim, including the alleged act or omission at issue and the name(s) of all persons involved in the act or omission. Each side shall pay its own legal fees and expenses, except as required by law or by the rules of the AAA.

### Representation

Any party may be represented by an attorney or by him/herself.

### Proceedings

The hearings shall be conducted in the city where the employee was last employed with the Company before a single neutral arbitrator chosen from the AAA's panel of arbitrators.

## Time of Award

The arbitrator shall be requested to render and communicate the award within thirty (30) days of the hearing or as soon as possible thereafter.

## Scope of Relief

The arbitrator shall be governed by all applicable federal and state laws as well as the Employment Rules of AAA. The arbitrator shall be bound by all applicable statutes of limitation and/or repose. The arbitrator shall have the power to award all relief available under federal, state, and common law.

| | |
|---|---|
| _Nicholle Beaumont_ | _9/29/07_ |
| **Employee Signature** | **Date** |
| _Nicholle Beaumont_ | ████████████ |
| **Print Name** | **Social Security #** |

**Elemis**
s p a

## EMPLOYEE DISPUTE RESOLUTION POLICY

| | |
|---|---|
| Policy: | Employee Dispute Resolution |
| Effective: | 1.1.04 |
| Revised: | 1.1.04 |

# Dispute Resolution Procedure

The Company is committed to fair and equitable employment practices. Should a situation exist that requires resolution, you are required to follow the Dispute Resolution Procedure described below.

## Step 1

Employees are encouraged to discuss informally any concern they have with their immediate manager prior to initiating a formal review. If this discussion is not successful from the employee's point of view, or if the employee feels uncomfortable discussing the dispute with his/her immediate manager, the employee must submit the dispute, either verbally or in writing, to the Human Resources Department within thirty (30) days of the incident. The Human Resources Department will have twenty (20) working days to investigate the employee's claim and respond to the employee.

## Step 2

If the employee is not satisfied with the response in Step 1, he/she must submit a written appeal to the Company's designated legal counsel (in-house or outside), within ten (10) working days from receiving an answer in Step 1 with a copy to Human Resources. This is at the final level of appeal in the internal Dispute Resolution Procedure. The employee will receive a written response within twenty (20) working days.

**Step 3**

If the dispute is still not resolved to the employee's satisfaction, the employee is entitled to request arbitration in accordance with our Employment Arbitration Policy. However, the employee shall not be entitled to proceed with arbitration until he/she has completed all steps of the Dispute Resolution Procedure.

# Employment Arbitration Policy

## Purpose

The Company believes that the resolution of employment disputes will be best accomplished by an internal dispute review and, where that fails, by arbitration conducted under the auspices of the American Arbitration Association ("AAA"). The term "arbitration" means that the parties agree that a neutral third party will have complete and binding authority to decide a dispute instead of a court of law. Private arbitration is generally quicker and less costly for all parties than litigation. For these reasons, the Company has adopted this Employment Arbitration Policy (the "Policy").

This Policy does not constitute a guarantee that your employment will continue for any specified period of time nor end only under certain conditions. Employment at the Company is a voluntary relationship for no definite period of time, and nothing in this Policy or any other Company document constitutes an express or implied contract of employment.

## Scope

The Policy makes arbitration the required and exclusive forum for the resolution of all disputes relating to or arising out of your employment or the termination of employment (and which are not resolved by the internal dispute resolution procedure), including but not limited to claims, demands or actions under Title VII of the Civil Rights Act of 1964, the Civil Rights Act of 1866, the Age Discrimination in Employment Act, the Rehabilitation Act of 1973, the Americans with Disabilities Act, the Employee Retirement Income Security Act of 1974 and all amendments thereto, the Fair Labor Standards Act, and any other federal, state or local statute, regulation or common law doctrine, regarding employment discrimination, conditions of employment compensation, benefits or termination of employment. The Policy does not require that the Company follow the steps of the dispute resolution procedure before taking disciplinary action of any kind, including termination. However, if an employee disagrees with any such disciplinary action, he/she may initiate proceedings in accordance with the Policy.

## Arbitration Rules & Procedures

Any controversy or claim arising out of or relating to your employment or separation there from shall be settled by Arbitration. Arbitration under the Policy shall be administered by the American Arbitration Association ("AAA") under its arbitration rules, and judgment on the award rendered by the arbitrator may be entered in any court having jurisdiction.

## Initiation of Arbitration Proceeding

Arbitration may be initiated by a written demand for arbitration submitted to the American Arbitration Association, 799 Brickell Plaza, Suite 600, Miami, Florida 33131. The demand shall set forth the claim, including the alleged act or omission at issue and the name(s) of all persons involved in the act or omission. Each side shall pay its own legal fees and expenses, except as required by law or by the rules of the AAA.

## Representation

Any party may be represented by an attorney or by him/herself.

## Proceedings

The hearings shall be conducted in the city where the employee was last employed with the Company before a single neutral arbitrator chosen from the AAA's panel of arbitrators.

## Time of Award

The arbitrator shall be requested to render and communicate the award within thirty (30) days of the hearing or as soon as possible thereafter.

## Scope of Relief

The arbitrator shall be governed by all applicable federal and state laws as well as the Employment Rules of AAA.   The arbitrator shall be bound by all applicable statutes of limitation and/or repose.   The arbitrator shall have the power to award all relief available under federal, state, and common law.

| | |
|---|---|
| _Doreen Brygli_ | _7·13·4_ |
| Employee Signature | Date |
| _Doreen Brygle_ | ■■■■■■■■■■ |
| Print Name | Social Security # |



**Elemis**
s p a

# EMPLOYEE DISPUTE RESOLUTION POLICY

| | |
|---|---|
| **Policy:** | Employee Dispute Resolution |
| **Effective:** | 1.1.04 |
| **Revised:** | 1.1.04 |

## Dispute Resolution Procedure

The Company is committed to fair and equitable employment practices. Should a situation exist that requires resolution, you are required to follow the Dispute Resolution Procedure described below.

### Step 1

Employees are encouraged to discuss informally any concern they have with their immediate manager prior to initiating a formal review. If this discussion is not successful from the employee's point of view, or if the employee feels uncomfortable discussing the dispute with his/her immediate manager, the employee must submit the dispute, either verbally or in writing, to the Human Resources Department within thirty (30) days of the incident. The Human Resources Department will have twenty (20) working days to investigate the employee's claim and respond to the employee.

### Step 2

If the employee is not satisfied with the response in Step 1, he/she must submit a written appeal to the Company's designated legal counsel (in-house or outside), within ten (10) working days from receiving an answer in Step 1 with a copy to Human Resources. This is at the final level of appeal in the internal Dispute Resolution Procedure. The employee will receive a written response within twenty (20) working days.

## Step 3

If the dispute is still not resolved to the employee's satisfaction, the employee is entitled to request arbitration in accordance with our Employment Arbitration Policy. However, the employee shall not be entitled to proceed with arbitration until he/she has completed all steps of the Dispute Resolution Procedure.

# Employment Arbitration Policy

## Purpose

The Company believes that the resolution of employment disputes will be best accomplished by an internal dispute review and, where that fails, by arbitration conducted under the auspices of the American Arbitration Association ("AAA"). The term "arbitration" means that the parties agree that a neutral third party will have complete and binding authority to decide a dispute instead of a court of law. Private arbitration is generally quicker and less costly for all parties than litigation. For these reasons, the Company has adopted this Employment Arbitration Policy (the "Policy").

This Policy does not constitute a guarantee that your employment will continue for any specified period of time nor end only under certain conditions. Employment at the Company is a voluntary relationship for no definite period of time, and nothing in this Policy or any other Company document constitutes an express or implied contract of employment.

## Scope

The Policy makes arbitration the required and exclusive forum for the resolution of all disputes relating to or arising out of your employment or the termination of employment (and which are not resolved by the internal dispute resolution procedure), including but not limited to claims, demands or actions under Title VII of the Civil Rights Act of 1964, the Civil Rights Act of 1866, the Age Discrimination in Employment Act, the Rehabilitation Act of 1973, the Americans with Disabilities Act, the Employee Retirement Income Security Act of 1974 and all amendments thereto, the Fair Labor Standards Act, and any other federal, state or local statute, regulation or common law doctrine, regarding employment discrimination, conditions of employment compensation, benefits or termination of employment. The Policy does not require that the Company follow the steps of the dispute resolution procedure before taking disciplinary action of any kind, including termination. However, if an employee disagrees with any such disciplinary action, he/she may initiate proceedings in accordance with the Policy.

## Arbitration Rules & Procedures

Any controversy or claim arising out of or relating to your employment or separation there from shall be settled by Arbitration. Arbitration under the Policy shall be administered by the American Arbitration Association ("AAA") under its arbitration rules, and judgment on the award rendered by the arbitrator may be entered in any court having jurisdiction.

## Initiation of Arbitration Proceeding

Arbitration may be initiated by a written demand for arbitration submitted to the American Arbitration Association, 799 Brickell Plaza, Suite 600, Miami, Florida 33131. The demand shall set forth the claim, including the alleged act or omission at issue and the name(s) of all persons involved in the act or omission. Each side shall pay its own legal fees and expenses, except as required by law or by the rules of the AAA.

## Representation

Any party may be represented by an attorney or by him/herself.

## Proceedings

The hearings shall be conducted in the city where the employee was last employed with the Company before a single neutral arbitrator chosen from the AAA's panel of arbitrators.

## Time of Award

The arbitrator shall be requested to render and communicate the award within thirty (30) days of the hearing or as soon as possible thereafter.

## Scope of Relief

The arbitrator shall be governed by all applicable federal and state laws as well as the Employment Rules of AAA. The arbitrator shall be bound by all applicable statutes of limitation and/or repose. The arbitrator shall have the power to award all relief available under federal, state, and common law.

| | |
|---|---|
| *Nicole Russell* | 9/9/05 |
| Employee Signature | Date |
| *Nicole Briara* | ████████████ |
| Print Name | Social Security # |



**Elemis**
**s p a**

## EMPLOYEE DISPUTE RESOLUTION POLICY

| | |
|---|---|
| **Policy:** | Employee Dispute Resolution |
| **Effective:** | 1.1.04 |
| **Revised:** | 1.1.04 |

# Dispute Resolution Procedure

The Company is committed to fair and equitable employment practices. Should a situation exist that requires resolution, you are required to follow the Dispute Resolution Procedure described below.

## Step 1

Employees are encouraged to discuss informally any concern they have with their immediate manager prior to initiating a formal review. If this discussion is not successful from the employee's point of view, or if the employee feels uncomfortable discussing the dispute with his/her immediate manager, the employee must submit the dispute, either verbally or in writing, to the Human Resources Department within thirty (30) days of the incident. The Human Resources Department will have twenty (20) working days to investigate the employee's claim and respond to the employee.

## Step 2

If the employee is not satisfied with the response in Step 1, he/she must submit a written appeal to the Company's designated legal counsel (in-house or outside), within ten (10) working days from receiving an answer in Step 1 with a copy to Human Resources. This is at the final level of appeal in the internal Dispute Resolution Procedure. The employee will receive a written response within twenty (20) working days.

## Step 3

If the dispute is still not resolved to the employee's satisfaction, the employee is entitled to request arbitration in accordance with our Employment Arbitration Policy. However, the employee shall not be entitled to proceed with arbitration until he/she has completed all steps of the Dispute Resolution Procedure.

# Employment Arbitration Policy

## Purpose

The Company believes that the resolution of employment disputes will be best accomplished by an internal dispute review and, where that fails, by arbitration conducted under the auspices of the American Arbitration Association ("AAA"). The term "arbitration" means that the parties agree that a neutral third party will have complete and binding authority to decide a dispute instead of a court of law. Private arbitration is generally quicker and less costly for all parties than litigation. For these reasons, the Company has adopted this Employment Arbitration Policy (the "Policy").

This Policy does not constitute a guarantee that your employment will continue for any specified period of time nor end only under certain conditions. Employment at the Company is a voluntary relationship for no definite period of time, and nothing in this Policy or any other Company document constitutes an express or implied contract of employment.

## Scope

The Policy makes arbitration the required and exclusive forum for the resolution of all disputes relating to or arising out of your employment or the termination of employment (and which are not resolved by the internal dispute resolution procedure), including but not limited to claims, demands or actions under Title VII of the Civil Rights Act of 1964, the Civil Rights Act of 1866, the Age Discrimination in Employment Act, the Rehabilitation Act of 1973, the Americans with Disabilities Act, the Employee Retirement Income Security Act of 1974 and all amendments thereto, the Fair Labor Standards Act, and any other federal, state or local statute, regulation or common law doctrine, regarding employment discrimination, conditions of employment compensation, benefits or termination of employment. The Policy does not require that the Company follow the steps of the dispute resolution procedure before taking disciplinary action of any kind, including termination. However, if an employee disagrees with any such disciplinary action, he/she may initiate proceedings in accordance with the Policy.

## Arbitration Rules & Procedures

Any controversy or claim arising out of or relating to your employment or separation there from shall be settled by Arbitration. Arbitration under the Policy shall be administered by the American Arbitration Association ("AAA") under its arbitration rules, and judgment on the award rendered by the arbitrator may be entered in any court having jurisdiction.

### Initiation of Arbitration Proceeding

Arbitration may be initiated by a written demand for arbitration submitted to the American Arbitration Association, 799 Brickell Plaza, Suite 600, Miami, Florida 33131. The demand shall set forth the claim, including the alleged act or omission at issue and the name(s) of all persons involved in the act or omission. Each side shall pay its own legal fees and expenses, except as required by law or by the rules of the AAA.

### Representation

Any party may be represented by an attorney or by him/herself.

### Proceedings

The hearings shall be conducted in the city where the employee was last employed with the Company before a single neutral arbitrator chosen from the AAA's panel of arbitrators.

### Time of Award

The arbitrator shall be requested to render and communicate the award within thirty (30) days of the hearing or as soon as possible thereafter.

## Scope of Relief

The arbitrator shall be governed by all applicable federal and state laws as well as the Employment Rules of AAA. The arbitrator shall be bound by all applicable statutes of limitation and/or repose. The arbitrator shall have the power to award all relief available under federal, state, and common law.

Employee Signature _____    Date 9/17/07

Print Name Ashley Hean _____    Social Security # ██████████

Elemis
s p a

# EMPLOYEE DISPUTE RESOLUTION POLICY

| | |
|---|---|
| **Policy:** | Employee Dispute Resolution |
| **Effective:** | 1.1.04 |
| **Revised:** | 1.1.04 |

## Dispute Resolution Procedure

The Company is committed to fair and equitable employment practices. Should a situation exist that requires resolution, you are required to follow the Dispute Resolution Procedure described below.

## Step 1

Employees are encouraged to discuss informally any concern they have with their immediate manager prior to initiating a formal review. If this discussion is not successful from the employee's point of view, or if the employee feels uncomfortable discussing the dispute with his/her immediate manager, the employee must submit the dispute, either verbally or in writing, to the Human Resources Department within thirty (30) days of the incident. The Human Resources Department will have twenty (20) working days to investigate the employee's claim and respond to the employee.

## Step 2

If the employee is not satisfied with the response in Step 1, he/she must submit a written appeal to the Company's designated legal counsel (in-house or outside), within ten (10) working days from receiving an answer in Step 1 with a copy to Human Resources. This is at the final level of appeal in the internal Dispute Resolution Procedure. The employee will receive a written response within twenty (20) working days.

## Step 3

If the dispute is still not resolved to the employee's satisfaction, the employee is entitled to request arbitration in accordance with our Employment Arbitration Policy. However, the employee shall not be entitled to proceed with arbitration until he/she has completed all steps of the Dispute Resolution Procedure.

# Employment Arbitration Policy

## Purpose

The Company believes that the resolution of employment disputes will be best accomplished by an internal dispute review and, where that fails, by arbitration conducted under the auspices of the American Arbitration Association ("AAA"). The term "arbitration" means that the parties agree that a neutral third party will have complete and binding authority to decide a dispute instead of a court of law. Private arbitration is generally quicker and less costly for all parties than litigation. For these reasons, the Company has adopted this Employment Arbitration Policy (the "Policy").

This Policy does not constitute a guarantee that your employment will continue for any specified period of time nor end only under certain conditions. Employment at the Company is a voluntary relationship for no definite period of time, and nothing in this Policy or any other Company document constitutes an express or implied contract of employment.

## Scope

The Policy makes arbitration the required and exclusive forum for the resolution of all disputes relating to or arising out of your employment or the termination of employment (and which are not resolved by the internal dispute resolution procedure), including but not limited to claims, demands or actions under Title VII of the Civil Rights Act of 1964, the Civil Rights Act of 1866, the Age Discrimination in Employment Act, the Rehabilitation Act of 1973, the Americans with Disabilities Act, the Employee Retirement Income Security Act of 1974 and all amendments thereto, the Fair Labor Standards Act, and any other federal, state or local statute, regulation or common law doctrine, regarding employment discrimination, conditions of employment compensation, benefits or termination of employment. The Policy does not require that the Company follow the steps of the dispute resolution procedure before taking disciplinary action of any kind, including termination. However, if an employee disagrees with any such disciplinary action, he/she may initiate

## Arbitration Rules & Procedures

Any controversy or claim arising out of or relating to your employment or separation there from shall be settled by Arbitration. Arbitration under the Policy shall be administered by the American Arbitration Association ("AAA") under its arbitration rules, and judgment on the award rendered by the arbitrator may be entered in any court having jurisdiction.

## Initiation of Arbitration Proceeding

Arbitration may be initiated by a written demand for arbitration submitted to the American Arbitration Association, 799 Brickell Plaza, Suite 600, Miami, Florida 33131. The demand shall set forth the claim, including the alleged act or omission at issue and the name(s) of all persons involved in the act or omission. Each side shall pay its own legal fees and expenses, except as required by law or by the rules of the AAA.

## Representation

Any party may be represented by an attorney or by him/herself.

## Proceedings

The hearings shall be conducted in the city where the employee was last employed with the Company before a single neutral arbitrator chosen from the AAA's panel of arbitrators.

## Time of Award

The arbitrator shall be requested to render and communicate the award within thirty (30) days of the hearing or as soon as possible thereafter.

## Scope of Relief

The arbitrator shall be governed by all applicable federal and state laws as well as the Employment Rules of AAA. The arbitrator shall be bound by all applicable statutes of limitation and/or repose. The arbitrator shall have the power to award all relief available under federal, state, and common law.

| | |
|---|---|
| _Crystal Raia_ | _05/15/08_ |
| Employee Signature | Date |
| _Crystal Raia_ | █████████████ |
| Print Name | Social Security # |



## EMPLOYEE DISPUTE RESOLUTION POLICY

| | |
|---|---|
| **Policy:** | Employee Dispute Resolution |
| **Effective:** | 1.1.04 |
| **Revised:** | 1.1.04 |

# Dispute Resolution Procedure

The Company is committed to fair and equitable employment practices. Should a situation exist that requires resolution, you are required to follow the Dispute Resolution Procedure described below.

## Step 1

Employees are encouraged to discuss informally any concern they have with their immediate manager prior to initiating a formal review. If this discussion is not successful from the employee's point of view, or if the employee feels uncomfortable discussing the dispute with his/her immediate manager, the employee must submit the dispute, either verbally or in writing, to the Human Resources Department within thirty (30) days of the incident. The Human Resources Department will have twenty (20) working days to investigate the employee's claim and respond to the employee.

## Step 2

If the employee is not satisfied with the response in Step 1, he/she must submit a written appeal to the Company's designated legal counsel (in-house or outside), within ten (10) working days from receiving an answer in Step 1 with a copy to Human Resources. This is at the final level of appeal in the internal Dispute Resolution Procedure. The employee will receive a written response within twenty (20) working days.

## Step 3

If the dispute is still not resolved to the employee's satisfaction, the employee is entitled to request arbitration in accordance with our Employment Arbitration Policy. However, the employee shall not be entitled to proceed with arbitration until he/she has completed all steps of the Dispute Resolution Procedure.

# Employment Arbitration Policy

## Purpose

The Company believes that the resolution of employment disputes will be best accomplished by an internal dispute review and, where that fails, by arbitration conducted under the auspices of the American Arbitration Association ("AAA"). The term "arbitration" means that the parties agree that a neutral third party will have complete and binding authority to decide a dispute instead of a court of law. Private arbitration is generally quicker and less costly for all parties than litigation. For these reasons, the Company has adopted this Employment Arbitration Policy (the "Policy").

This Policy does not constitute a guarantee that your employment will continue for any specified period of time nor end only under certain conditions. Employment at the Company is a voluntary relationship for no definite period of time, and nothing in this Policy or any other Company document constitutes an express or implied contract of employment.

## Scope

The Policy makes arbitration the required and exclusive forum for the resolution of all disputes relating to or arising out of your employment or the termination of employment (and which are not resolved by the internal dispute resolution procedure), including but not limited to claims, demands or actions under Title VII of the Civil Rights Act of 1964, the Civil Rights Act of 1866, the Age Discrimination in Employment Act, the Rehabilitation Act of 1973, the Americans with Disabilities Act, the Employee Retirement Income Security Act of 1974 and all amendments thereto, the Fair Labor Standards Act, and any other federal, state or local statute, regulation or common law doctrine, regarding employment discrimination, conditions of employment compensation, benefits or termination of employment. The Policy does not require that the Company follow the steps of the dispute resolution procedure before taking disciplinary action of any kind, including termination. However, if an employee disagrees with any such disciplinary action, he/she may initiate proceedings in accordance with the Policy.

# Acknowledgement Of Receipt



I have received my copy of the Elemis Spa at Mohegan Sun (also referred to as the "Company") Policies and Procedures Handbook (the "Handbook"). I understand and agree that it is my responsibility to read and familiarize myself with the policies and procedures contained in the Handbook.

I understand that except for employment at-will status, any and all policies or practices can be changed at any time by the Company. The Company reserves the right to change my hours, wages and working conditions at any time. I understand and agree that no manager, supervisor or representative of the Company has the authority to enter into any agreement, express or implied, for employment for any specific period of time, or to make any agreement for employment other than at-will. Only the President & C.E.O. of Steiner Leisure Limited has the authority to make any such agreement and then only in writing signed by President & C.E.O.

I understand and agree that I am fully bound by and subject to each and all of the policies, procedures, rules and/or regulations contained in the Handbook. I also understand and agree that I am required to and will observe, abide by and be fully subject to any and all amended, revised, and/or additional policies, procedures, rules and/or regulations which may be adopted by the Company from time to time.

I understand and agree that nothing in the Handbook creates or is intended to create a promise or representation of continued employment and that employment at the Company is employment at-will, that may be terminated at any time at the will of either the Company or myself, with or without prior notice or warning. Finally, I have read the Company's Equal Employment Opportunity Policy and its Unlawful Harassment Policy. I understand the policies, will comply with them, and shall report all incidents of harassment as provided in the Unlawful Harassment Policy.

*Caroline King*

_____
Employee Name (print)

_____
Employee Signature

8-1-08
_____
Date

*Esthetician*
_____
Title